UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CODY HART et al., | CASE NO. 23-cv-503 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SKAGIT COUNTY SHERIFF, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

On August 7, 2023 the Court stayed this matter pending the resolution of all the motions before it. (Dkt. No. 39.) Plaintiffs have since filed a Motion to Disqualify. (Dkt. No. 40.) This motion is also stayed. No response or reply is required.

//

//

//

MINUTE ORDER - 1

| | |
|---|---|
| 1 | The clerk is ordered to provide copies of this order to all counsel. |
| 2 | Filed August 21, 2023. |

Ravi Subramanian  
Clerk of Court

s/Serge Bodnarchuk  
Deputy Clerk