UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CODY HART, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD McDERMOTT, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C23-503 MJP<br><br>ORDER GRANTING RLI INSURANCE CO.'S MOTION FOR ENTRY OF JUDGMENT |

This matter comes before the Court on RLI Insurance Company's (RLI) Motion for Entry of Judgment of Attorney's Fees. (Dkt. No. 50.) Having reviewed the Motion and all supporting materials, and noted the absence of any opposition, the Court GRANTS the request, in part.

The Court finds that RLI is entitled to entry of judgment on the Order Granting Attorneys' Fees. (Dkt. No. 47.) In that Order, the Court awarded RLI $3,155.00. (Id.) To date, Plaintiffs have made only one payment of $300. (Declaration of Paul K. Friedrich ¶ 3 (Dkt. No. 51).) In addition, RLI seeks an award of $780 for preparing its present Motion. (Id. ¶¶ 4-5.) The Court finds it proper to award RLI the amount of attorneys' fees it incurred in bringing the

motion and that the amount sought is reasonable. As such, the Court directs entry of judgment in the amount of $3,635.00 ($3,155.00 - $300.00 + $780.00 = $3,635.00).

While the Court agrees that post-judgment interest should accrue, the Court finds no basis to award it at a rate of 12% per annum, as RLI requests. Rather, under 28 U.S.C. § 1961(a), post-judgment interest "shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." Here, the current rate for the weekly average 1-year constant maturity Treasury yield for the week ending June 14, 2024 (the week before entry of judgment) is 5.12%. Post-judgment interest shall accrue at that rate, consistent with 28 U.S.C. § 1961.

The Court DIRECTS the Clerk to enter judgment consistent with this Order.

The Clerk is ordered to provide copies of this order to Plaintiffs and all counsel.

Dated June 21, 2024.

Marsha J. Pechman
United States Senior District Judge