## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CODY HART, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>DONALD McDERMOTT, et al.,<br><br>                Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C23-503 MJP |

\_\_     **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

RLI Insurance Company is entitled to an award of attorneys' fees in the amount of $3,635.00 and post-judgment interest shall accrue at a rate of 5.12%, consistent with 28 U.S.C. § 1961.

Dated June 21, 2024.

                                              Ravi Subramanian
                                              Clerk of Court

                                              s/ Kathleen Albert
                                              Deputy Clerk